**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
August 8, 2006

CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **L.I. NATASHA GEDDIE, Individually,** § | |
| **and d/b/a ACCORDIANS UNLIMITED, et al.,** § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | **3:06-CV-0895-R** |
| § | |
| **NORMAN SEATON, PH.D., et al.** § | |
| § | |
| *Defendants.* § | |

## FINAL JUDGMENT

Before the Court are Defendant's Motions to Dismiss for Failure to State a Claim (Dkt. No. 1), Plaintiff's Motion for Default Judgment Against Vikon Village Flea Market (Dkt. No. 1), and Defendant Jae Shim's Motion to Dismiss for Insufficiency of Process (Dkt. No. 14).

For the reasons explained in the Court's Memorandum Opinion and Order, the Defendant's Motion to Dismiss is GRANTED, and it is ordered that all claims in this case are DISMISSED WITH PREJUDICE, and all other pending motions are rendered MOOT.

**ENTERED: August 8, 2006**
**It is so ORDERED.**

*[signature: Jerry Buchmeyer]*

_____
**JERRY BUCHMEYER,**
**SENIOR UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**